144 So. 916
**Charlie FREENEY et al. v. R. M. STURGIS.**
4 Div. 643.

Supreme Court of Alabama.
Nov. 10, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

144 So. 916
**Otis C. GIBSON v. R. W. PRICE.**
6 Div. 134.

Supreme Court of Alabama.
Dec. 1, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

144 So. 916
**Elijah GOLDSBY v. STATE.**
2 Div. 13.

Supreme Court of Alabama.
Dec. 15, 1932.

BROWN, J.
This appeal is on the record without a bill of exceptions. The record has been examined, and appears in all things regular and free from error. The judgment will be affirmed.

Affirmed.

All the Justices concur.

142 So. 917
**R. N. HARRIS et al. v. Gertrude WILLIAMS.**
8 Div. 388.

Supreme Court of Alabama.
May 19, 1932.

O. Kyle, of Decatur, for appellants.
A. J. Harris, of Decatur, for appellee.

PER CURIAM.
Appeal dismissed by appellants.

141 So. 917
**John Howard HAYS v. Florence Petree HAYS.**
6 Div. 82.

Supreme Court of Alabama.
April 21, 1932.

PER CURIAM.
Appeal dismissed.

144 So. 916
**Jim Carr HILL v. STATE.**
4 Div. 687.

Supreme Court of Alabama.
Nov. 25, 1932.

J. C. Fleming, of Elba, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.
Petition of Jim Carr Hill for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hill v. State, 144 So. 923.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.